# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-cr-117 |
| Plaintiff, | JUDGE BLACK |
| v. | **INFORMATION** |
| JUSTIN STOLL, | 18 U.S.C. § 875(c) |
| Defendant. | |

**THE UNITED STATES ATTORNEY CHARGES:**

## COUNT 1
### (Transmission in Interstate Commerce of a Threat to Injure)

On or about January 7, 2021, in the Southern District of Ohio, the defendant, **JUSTIN STOLL**, knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another, specifically, **JUSTIN STOLL** transmitted via the internet a video containing the following threats against the Victim, whose identity is known to the United States Attorney: "If you ever in your fucking existence did something to jeopardize taking me away from my family, you will absolutely meet your maker. You can play that for the D.A. in court; I don't care. If you ever jeopardize me from being with my family, you will absolutely meet your motherfucking maker, and I will be the one to arrange the meeting."

In violation of Title 18, United States Code, Section 875(c).

VIPAL J. PATEL
ACTING UNITED STATES ATTORNEY

*Julie D. Garcia*
TIMOTHY S. MANGAN
JULIE D. GARCIA
ASSISTANT UNITED STATES ATTORNEYS

1