# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:21-cr-117 |
| vs. | : | Judge Timothy S. Black |
| JUSTIN STOLL, | : | |
| Defendant. | : | |

## ORDER OF RECUSAL

This Judge hereby **RECUSES** from further participation in the above-captioned criminal case. The Clerk of Courts is hereby **ORDERED** to reassign randomly the above-captioned case from the docket of the Honorable Timothy S. Black to the docket of another Cincinnati-based District Court Judge.

**IT IS SO ORDERED**.

Date: 1/19/2022

Timothy S. Black
United States District Judge