IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America

    vs.                                      Case Number: 1:21cr117

Justin Stoll

## CRIMINAL MINUTES: INITIAL APPEARANCE AND PLEA

Defendant appeared with counsel Karen Savir

Waiver of Indictment executed in open court

Defendant arraigned and specifically advised of rights

Statement of Facts read by AUSA Julie Garcia

Defendant pleads GUILTY to Count 1

Plea accepted by the Court

Referred to Probation Department for Presentence Report

Defendant Continued on O.R. Bond


Judge:               Susan J. Dlott

Courtroom Deputy:    William Miller

Court Reporter:       Lisa Conley-Yungblu, Offical

Date:               January 20, 2022