UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,          :

        Plaintiff,          :          Case No. 1:21-CR-117

    vs.          :          Judge Dlott

JUSTIN STOLL,          :

        Defendant.          :

**UNOPPOSED MOTION TO MODIFY CONDITION OF PROBATION**

    Now comes Defendant, Justin Stoll, by and through counsel, and respectfully requests that the Court modify the conditions of his term of probation to permit travel within the United States without restriction in light of his family circumstances and the demands of his job as an interior/exterior painter. The Government has no objection.

    The parties now agree to and suggest the following modification: "Mr. Stoll is permitted to travel within the United States without prior approval or notification to his Probation Officer."

    Wherefore, Mr. Stoll respectfully requests that the Court modify the conditions of his release as described above.

                Respectfully Submitted,

                DEBORAH L. WILLIAMS
                Federal Public Defender

                *s/ Karen Savir*
                Karen Savir (KY92002)
                Assistant Federal Public Defender
                Chiquita Center
                250 E. 5th Street, Suite 350
                Cincinnati, Ohio 45202

(513) 929-4834

Attorney for Defendant
Justin Stoll

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the Defendant's Motion to Modify was served electronically upon Assistant United States Attorneys of record, Office of the United States Attorney, 221 E. Fourth St., Suite 400, Cincinnati, Ohio, 45202, this 1st day of August, 2022.

/s Karen Savir
Karen Savir (KY92002)
Assistant Federal Public Defender